AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAMUEL RIOS | ) | Case No. **CR 25-70848-MAG** |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
Jul 08 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Nov. 24, 2023, and May 10, 2024 in the county of Monterey in the Northern District of California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor (x2) |

This criminal complaint is based on these facts:
See attached affidavit of S/A Davis Mendelsohn, HSI.

☒ Continued on the attached sheet.

Approved as to form /s/ Johnny E. James Jr.
AUSA Johnny E. James Jr.

*Complainant's signature*
S/A Davis Mendelsohn, HSI
*Printed name and title*

Sworn to before me by telephone.

Date: July 8, 2025

*Judge's signature*

City and state: San Jose, California
Hon. Virginia K. DeMarchi
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Davis Mendelsohn, being duly sworn, state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Samuel RIOS, a 29-year-old male, with two violations of Title 18, United States Code, Section 2422(b), attempted and actual enticement of a minor to engage in criminal sexual conduct (collectively, the "SUBJECT OFFENSES"). As detailed in this affidavit, RIOS used an encrypted chat application to distribute sexually explicit videos depicting children, possessed sexually explicit videos depicting children on his phone, and used a social media application to entice two children to engage in criminal sexual conduct.

2. This affidavit is intended to merely show there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. The statements in this affidavit are based on records and reports, information provided to me by other law enforcement officials, and my investigation of this matter. Based on my training and experience and the facts discussed in this affidavit, there is probable cause to believe RIOS has committed the SUBJECT OFFENSES.

## AFFIANT BACKGROUND

3. I have been a special agent (SA) with Homeland Security Investigations (HSI), an investigative component of the United States Department of Homeland Security, since January 2019. I am currently assigned to HSI's Office of the Resident Agent in Charge in Monterey, California. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children. Prior to my employment with HSI, beginning in June 2016, I was a sworn investigator with the California Department of Motor Vehicles (DMV). While employed with the DMV, I conducted investigations related to a variety of criminal and administrative offenses.

4. Throughout my law enforcement career, I have received training in conducting criminal investigations, search and seizure laws, and writing probable cause affidavits. In 2017, I completed a 24-week-long basic police academy in California, and in 2019, I completed the Criminal Investigator Training Program and HSI Special Agent Training program, a total of 26 weeks of training, at the Federal Law Enforcement Training Center in Brunswick, Georgia. Since becoming a federal law enforcement officer, I have written probable cause affidavits in support of multiple federal search warrants and complaints for cases involving the sexual exploitation of children.

## APPLICABLE STATUTE

5. Title 18, United States Code, Section 2422(b) prohibits using the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and any attempts to do the same.

## FACTS SUPPORTING PROBABLE CAUSE

SUMMARY

6. In May 2024, the Monterey Police Department (MPD) arrested Samuel RIOS, an adult resident of Monterey, California, a city within the Northern District of California, for state offenses related to the sexual exploitation of children. During a post-*Miranda* interview, RIOS provided signed consent allowing HSI to search and take control of his account on an encrypted chat application (hereinafter "Application A"). When I reviewed RIOS's Application A account, I discovered he sent sexually explicit videos depicting children to another user. Furthermore, when I searched RIOS's phone pursuant to a federal search warrant, I located sexually explicit videos depicting children.

2

7. During the investigation into RIOS, MPD obtained a state search warrant for RIOS's Snapchat account. Upon reviewing messages RIOS sent and received through Snapchat, I determined he attempted to entice and successfully enticed children to produce and send him sexually explicit images and videos of themselves. HSI forensically interviewed both children, who corroborated the information detailed in the Snapchat messages.

INITIAL INVESTIGATION BY MPD

8. In May 2024, on behalf of an anonymous client (hereinafter "W-1"), a therapist (initials "CC") reported the possible sexual assault of a child by an unknown male (later identified as RIOS) to the Monterey County Department of Social Services (MCDSS). According to the report, during a sexual encounter with W-1, RIOS claimed he engaged in sexual conduct with an 11-year-old child and the child's father. W-1 also told CC that RIOS showed W-1 a video of a child orally copulating RIOS's penis. CC stated RIOS lived next door to 611 West Franklin Street, Apartment D, in Monterey. Sergeant Greg Galin, an MPD detective, determined one of the buildings next to 611 West Franklin Street was 404 Larkin Street, a building comprised of multiple units with letters next to the doors.

9. On May 14, 2024, Sergeant Galin spoke with CC, who recounted to Sergeant Galin what she previously told MCDSS. CC subsequently sent Sergeant Galin an image depicting the Google Street View of 611 West Franklin Street with an arrow pointing at 404 Larkin Street and an image of RIOS's face. CC forwarded these images to Sergeant Galin from W-1. Due to the close proximity of 404 Larkin Street to 611 West Franklin Street, Sergeant Galin determined RIOS's address might be 404 Larkin Street, Apartment D. Upon searching a law enforcement database, Sergeant Galin learned RIOS was a resident of 404 Larkin Street, Apartment D. When Sergeant Galin compared RIOS's California driver's license photo to the image of RIOS provided by CC, he determined the images matched.

10.     On May 17, 2024, Sergeant Galin spoke with W-1. W-1, who did not know RIOS's name, stated he met RIOS for sex in April 2024. W-1 stated that, prior to the meeting, RIOS sent W-1 a picture of himself and that he (W-1) later sent that picture to CC so CC could send it to Sergeant Galin. W-1 said RIOS directed W-1 to 404 Larkin Street and told W-1 he lived in Apartment D. W-1 further stated that, shortly after he entered RIOS's residence, RIOS used his phone to show W-1 a video of a child orally copulating a male's penis and claimed the child in the video is his step-nephew. According to W-1, he told RIOS he did not want to see that video, that he had children of his own, and that RIOS asked how old the children were. W-1 stated that, when he told RIOS his (W-1's) children were 10 and 11 years old, RIOS asked W-1 if he would bring his kids over so they could watch W-1 and RIOS have sex. Sergeant Galin showed W-1 six pictures, one at a time, each of a different individual. One of the pictures was of RIOS. After viewing all six pictures, W-1 indicated the picture of RIOS depicted the individual he met.

11.     On May 20, 2024, MPD investigators executed a state search warrant at RIOS's residence in Monterey. Pursuant to the search warrant, MPD seized RIOS's Apple iPhone and other electronics. During a non-custodial interview with investigators, RIOS stated the aforementioned electronic devices were his and signed a consent form authorizing investigators to download and search the data from the devices.

12.     MPD investigators recovered the following videos on RIOS's phone, which I later reviewed, that showed him engaging in sexual conduct with an unidentified male, approximately 12-15 years old[1] (hereinafter "UM-1"):

    a.     A video, approximately 36 seconds long, depicting UM-1, whose face is visible, orally copulating RIOS's bare penis. RIOS is wearing a distinct sweatshirt that,

---

[1] I estimated UM-1's age based on the appearance of his face.

4

pursuant to another search warrant, MPD investigators later recovered from RIOS's house. RIOS's face is not visible in this video, but part of a distinct tattoo on RIOS's right thigh is. Based on a comparison of the portion of the tattoo visible in the video to a picture of RIOS's tattoo, I believe the tattoo in the video is RIOS's.

    b.    A video, approximately 21 seconds long, depicting RIOS using his hand to masturbate UM-1's bare penis. UM-1, whose face is visible during portions of the video, is not wearing pants and has some pubic hair around his penis. The video appears to be recorded by RIOS, who is wearing the aforementioned sweatshirt. RIOS's face is not visible in this video.

ARREST AND INTERVIEW OF RIOS

    13.    On May 23, 2024, MPD arrested RIOS for violating state laws related to the sexual exploitation of children. During a post-*Miranda* interview, investigators showed RIOS a picture of UM-1's face. RIOS recognized UM-1 and stated he met UM-1 through another adult. RIOS stated UM-1 orally copulated RIOS during the meeting. RIOS initially stated he believed UM-1 was 16 years old when they met, but later admitted he believed UM-1 was "probably 14" based on UM-1's physical appearance and mannerisms. Without viewing the aforementioned videos of RIOS and UM-1, RIOS knew specific details about the encounter with UM-1. For example, when investigators showed RIOS a picture of the shirt UM-1 is wearing in the videos, RIOS recognized the shirt, stating, "That's the shirt that he wore the night I met him."

    14.    Furthermore, during the interview, RIOS stated others sent him sexually explicit content depicting children via Application A.[2] Toward the end of the interview, RIOS signed a

---

[2] Application A is headquartered outside of the United States.

form authorizing investigators to search and take control of his Application A account, and I subsequently gained access to the account.

RIOS'S RECEIPT AND DISTRIBUTION OF CHILD SEXUAL ABUSE MATERIAL

15. On May 24, 2024, I reviewed messages between RIOS and another user on Application A. In these messages, RIOS and the other user discussed sexually abusing children and exchanged images and videos depicting the sexual abuse of children. Specifically:

 a. On October 11, 2023, at approximately 9:20 AM, the other user sent RIOS a video, approximately 27 seconds long, depicting a postpubescent male using his penis to sodomize a prepubescent boy, approximately seven to 11 years old.

 b. On October 11, 2023, at approximately 9:21 AM, RIOS sent the other user a video, over two minutes long, depicting a prepubescent boy, approximately nine to 12 years old, sodomizing another prepubescent boy, approximately six to eight years old.

 c. On October 12, 2023, the other user sent RIOS a video, over one minute long, depicting a close-up view of a male forcing a toddler-aged child to orally copulate the male's penis.

 d. On October 17, 2023, RIOS sent the other user a video, approximately 44 seconds long, depicting a male child, approximately 12 to 15 years old, orally copulating the anus of and using his penis to sodomize a male child, approximately 8 to 11 years old.

16. Based on my training and experience, I believe the four videos described in this section depict children engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A). Specifically, the videos depict children engaged in oral-genital and anal-genital sexual intercourse.

RIOS'S SNAPCHAT ACCOUNT

17. When MPD investigators originally searched RIOS's phone, they discovered it was logged into his Snapchat account. On June 10, 2024, in response to a state search warrant, Snap, Inc. provided MPD investigators with data associated with RIOS's Snapchat account. MPD subsequently provided the data to me. The account's listed birthdate was RIOS's actual birthdate, and location data associated with account activity placed the device used to access the account at RIOS's residence.

18. During my review of messages RIOS sent and received on the account, I discovered messages that further indicated RIOS was the user of the account. For example, in January 2024, RIOS told another Snapchat user it was easier to find RIOS's address using his neighbor's address, then provided the user with the address to a residence next to his address. RIOS sent the same user a similar message in March 2024. In May 2024, RIOS told another Snapchat user there was "no point in meeting," then specified he was "only into underage and playing with family."

RIOS'S ENTICEMENT OF MINOR VICTIM 1

19. During my search of the data provided by Snap, Inc., I discovered messages between RIOS and a Snapchat user who HSI later identified as a child (hereinafter "Minor Victim 1"):

    a. Beginning on June 24, 2023, RIOS and Minor Victim 1 exchanged messages regarding Minor Victim 1 and Minor Victim 1's brother. Specifically:

        i. RIOS requested a picture of Minor Victim 1's face, specifying, "Just making sure you're who you say you are and the age you claim to be." Minor Victim 1 stated he did not like sending "face pics."

        ii. Later that evening, RIOS asked Minor Victim 1, "Ever see your brothers naked before?" RIOS asked Minor Victim 1 how old Minor Victim 1's brothers were, and Minor Victim 1 replied, "hes [sic] 17." RIOS also asked Minor

7

Victim 1 if the 17-year-old brother (hereinafter "Minor Victim 2") would allow Minor Victim 1 to record Minor Victim 1 and Minor Victim 2 engaging in sexual conduct.

    iii.        Shortly later, RIOS asked Minor Victim 1, "Can you get a pic of his [Minor Victim 2's] dick while he sleeps?" After Minor Victim 1 stated he did not think he could get that picture, RIOS replied, "Try it." RIOS expanded, "I wanna see your sexy ass with his," then messaged, "Does he smoke weed? I'll give him some if he's down to play with us both."

    iv.        At 12:51 AM the next morning, RIOS confirmed Minor Victim 1 was in his room. After Minor Victim 1 told RIOS that Minor Victim 2 was asleep, RIOS asked, "Can I see him sleeping?" RIOS then asked Minor Victim 1 to show Minor Victim 2 to RIOS on a video call. After this, RIOS asked Minor Victim 1 if he could "rub" Minor Victim 2. Minor Victim 1 said Minor Victim 2 would wake up, and RIOS replied, "Try," then expanded, "Set up your phone somewhere to record it." RIOS specified, "I wanna see you rub up on your brother."

    v.        Shortly later, RIOS messaged Minor Victim 1, "Rub his [Minor Victim 2's] dick." When Minor Victim 1 told RIOS Minor Victim 2 had too many blankets on, RIOS suggested, "Slide your arm under." RIOS subsequently asked Minor Victim 1 if Minor Victim 2 was "hard," then instructed, "Pull it out from the bottom." Minor Victim 1 informed RIOS Minor Victim 2 was wearing pants, and RIOS replied, "Ok pull them so I can see his pubes a bit."

    vi.        Minor Victim 1 then told RIOS that Minor Victim 2 was now awake and "pissed." RIOS responded, "Try it and kiss him if he wakes up." RIOS reassured Minor Victim 1, "You're doing great baby," then added, "Daddy is super horny."

When Minor Victim 1 informed RIOS that Minor Victim 2 was upset, RIOS stated, "Wait til he sleeps again."

vii. Later in the same conversation, RIOS told Minor Victim 1, "Let's all jerk together." When Minor Victim 1 told RIOS that Minor Victim 2 would not want to, RIOS instructed, "Try sucking him." Minor Victim 1 replied, "wont [*sic*] let me," and RIOS said, "Make him nut." Minor Victim 1 stated he already tried, and RIOS replied, "Try it so I can see."

b. On July 28, 2023, RIOS and Minor Victim 1 exchanged additional messages related to the sexual abuse of children and Minor Victim 2. Specifically:

i. RIOS told Minor Victim 1 that nine years old was "a good age to start teaching how to jerk and fuck." RIOS also claimed to have a video of "the 14yo from the other night."

ii. RIOS asked Minor Victim 1, "Would I be able to play with you and your brother during the day?" Minor Victim 1 replied, "nahh he wouldnt [*sic*] be down," and RIOS said, "He might. We can put on porn." RIOS then asked Minor Victim 1 if he and Minor Victim 2 were home alone, then added, "I'd suck you and all your brothers, but I'd only put my cock in your hole."

iii. Minor Victim 1 told RIOS it would only be him and RIOS if they met. RIOS replied, "Why can't I meet one of your brothers too." When Minor Victim 1 said they were not "into this typa stuff," RIOS replied, "I bet they're a bit curious. Especially the younger one."

c. On July 30, 2023, RIOS asked Minor Victim 1, "Able to get pics of your younger brother?" When Minor Victim 1 replied he was not, RIOS said, "Damn."

9

      d.      On August 13, 2023, beginning at 11:32 PM, RIOS and Minor Victim 1 exchanged additional messages on Snapchat. Minor Victim 1 told RIOS he was in bed and trying to sleep because he had school the next morning. RIOS responded, "That sucks," then added, "Let's see you naked." The following morning, RIOS asked Minor Victim 1, "You have PE? Able to send pics in the lockers?"

      e.      On October 5, 2023, at 7:40 AM, Minor Victim 1 sent RIOS a video, approximately two-seconds long, depicting the buttocks of a nude, postpubescent male as he stands in the shower. RIOS responded, "Hot af," then instructed, "Turn around too and jerk." RIOS also said, "Sexy chubby child cock."

      f.      On November 24, 2023, at approximately 9:10 AM, RIOS asked Minor Victim 1 what he was doing. RIOS and Minor Victim 1 then engaged in further conversation:

      i.      Minor Victim 1 stated he was showering, and RIOS responded, "Let's see you shower," then added, "I wanna suck you and your brother." At approximately 9:12 AM, Minor Victim 1 sent RIOS a video depicting the buttocks of a nude, postpubescent male as he stands in the shower. RIOS responded, "Jerk for me baby."

      ii.      At approximately 9:14 AM, Minor Victim 1 sent RIOS a video depicting a postpubescent male using his hand to rub his penis. RIOS responded, "Sexy."

      iii.      RIOS told Minor Victim 1, "I want you and your brother to fuck me." Minor Victim 1 responded, "i just want you to fuck me," and RIOS stated, "I want your brother too," then expanded, "I only meet kids if they have a brother or cousin

who's down to play." RIOS then told Minor Victim 1, "Get your brother to play and we can meet."

      g.      On March 5, 2024, RIOS asked Minor Victim 1, "When can I see your brothers naked?" Minor Victim 1 replied, "never." The data produced by Snap, Inc. did not include additional messages between RIOS and Minor Victim 1.

20.      HSI subsequently identified Minor Victim 1 as a child born in November 2007. On July 2, 2024, with permission from Minor Victim 1's mother, an HSI forensic interview specialist (FIS) interviewed Minor Victim 1:

      a.      When Minor Victim 1 viewed a screenshot of RIOS's Snapchat profile, Minor Victim 1 stated, "I remember him." When the FIS asked what he remembered, Minor Victim responded, "That they would ask me to send things." Minor Victim 1 stated he was 15 years old when he and RIOS began communicating. Minor Victim 1 specified he and RIOS first communicated through a dating website's chat feature, but that RIOS requested Minor Victim 1's Snapchat username the same day they began communicating.

      b.      During the interview, the FIS read a message RIOS sent to Minor Victim 1 on Snapchat where RIOS wrote, "Just making sure you're who you say you are and the age you claim to be." The FIS then asked Minor Victim 1 what conversations occurred regarding ages. Minor Victim 1 stated he told RIOS he was 16 years old before he and RIOS transitioned from the dating website to Snapchat. Later in the interview, Minor Victim 1 confirmed he was 15 years old when he began communicating with RIOS. Minor Victim 1 stated he claimed to be 16 years old so he would seem older.

      c.      In the forensic interview, the FIS also showed Minor Victim 1 a screenshot from the video Minor Victim 1 sent RIOS after RIOS messaged Minor Victim 1, "Jerk it for me baby." As previously described, the video depicts a postpubescent male using his hand to

11

rub his penis. Minor Victim 1 stated RIOS asked for that type of video because Minor Victim 1 usually sent pictures of his buttocks. When the FIS asked, "How did you know he [RIOS] wanted one like this," Minor Victim 1 replied, "He had told me."

        d.        Later in the interview, the FIS showed Minor Victim 1 portions from the Snapchat messages on July 25, 2023, during which RIOS told Minor Victim 1 he wanted to see Minor Victim 2 on a video call. Minor Victim 1 stated RIOS video called him through Snapchat and wanted to see Minor Victim 2. Minor Victim 1 said he showed RIOS some blankets instead of Minor Victim 2 because he did not want to show Minor Victim 2 to RIOS. Minor Victim 1 specified, "I didn't wanna put, like, my brother out there like that without him knowing." According to Minor Victim 1, Minor Victim 2 never actually awoke during the incident. Minor Victim 1 stated he told RIOS that Minor Victim 2 awoke so RIOS would stop asking to see Minor Victim 2.

        e.        Minor Victim 1 stated he believes RIOS knew Minor Victim 1's younger brother's age (12 years old when RIOS and Minor Victim 1 began communicating). Minor Victim 1 stated RIOS wanted to meet with him (Minor Victim 1) and Minor Victim 1's younger brother. The FIS asked Minor Victim 1 about him telling RIOS that Minor Victim 2 was 17 years old in July 2023. Records indicate Minor Victim 2 was born in November 2006 and that he was 16 years old in July 2023. Minor Victim 1 stated he lied about Minor Victim 2's age so he could claim Minor Victim 2 was out of the house and prevent RIOS from asking for pictures of Minor Victim 2.

## RIOS'S ENTICEMENT OF MINOR VICTIM 3

21.        During my search of the data provided by Snap, Inc., I also discovered messages between RIOS and another Snapchat user who HSI later identified as a child (hereinafter "Minor Victim 3"):

12

      a.      On May 9, 2024, RIOS and Minor Victim 3 began communicating on Snapchat:

      i.      At 7:04 AM, RIOS initiated the conversation by messaging Minor Victim 3, "What's up." After Minor Victim 3 responded, RIOS said, "Let's see you naked baby." RIOS also messaged, "Spread those cheeks for me," told Minor Victim 3, "Send a video baby," and instructed Minor Victim 3, "Bend over in front of the camera." Furthermore, RIOS messaged Minor Victim 3, "Show me your asshole." RIOS then sent Minor Victim 3 an image depicting a postpubescent male's erect penis with the caption, "I'd fuck you."

      ii.      At 7:35 AM, RIOS told Minor Victim 3, "Let's meet in person," then messaged, "How old are you? Idc if you're really young." Minor Victim 3 claimed he was 20 years old, and RIOS replied, "Tbh was hoping you were younger." When Minor Victim 3 asked RIOS "how young," RIOS replied, "15-17." Minor Victim 3 then stated, "Well I'm 16 I lied." RIOS responded, "Nice."

      iii.      At 8:28 AM, RIOS asked Minor Victim 3, "When can u meet to play?" Shortly later, RIOS messaged Minor Victim 3, "Let's see your dick baby." When Minor Victim 3 stated he was busy, RIOS responded, "Can you go to the bathroom real fast."

      b.      On May 10, 2024, RIOS and Minor Victim 3 continued communicating through Snapchat:

      i.      At 6:42 AM, RIOS demanded, "Show me your dick." Minor Victim 3 stated he would send "some" when he showered that evening. When RIOS responded, "Ahh ok then. I'll be busy so don't message me then," then added, "Only

free now but it's fine," Minor Victim 3 messaged, "Imma go to the restroom and send u pics naked."

  ii.  At 7:32 AM, RIOS messaged Minor Victim 3, "Let's see your dick." Shortly later, RIOS stated, "Jerk for me baby." Minor Victim 3 then sent RIOS an image depicting a postpubescent male, nude, sitting on a toilet. The male's penis is visible in the image, but his face is not. RIOS told Minor Victim 3, "Jerk that cock baby," then added, "Stretch it open on video for me." Minor Victim 3 told RIOS not to save the aforementioned picture. RIOS stated he would only save the picture within Snapchat, but not on his phone, then demanded, "Jerk your dick on video."

  iii.  RIOS continued asking Minor Victim 3 for sexually explicit content. When Minor Victim 3 hesitated, RIOS told Minor Victim 3, "I have other kids I can send to who listen." Minor Victim 3 told RIOS, "I truly love u," then added, "Ill [*sic*] obey." RIOS replied, "Send the video of you jerking and spreading your ass then." Minor Victim 3 told RIOS he would send the video when he showered, and RIOS replied, "Do it now."

22. HSI subsequently identified Minor Victim 3 as a child born in April 2009. On October 1, 2024, with permission from Minor Victim 3's father, an HSI FIS interviewed Minor Victim 3:

  a.  Minor Victim 3 stated he was 15 years old. When the FIS showed Minor Victim 3 a screenshot of his Snapchat profile, Minor Victim 3 confirmed it was his account. Minor Victim 3 stated no one else used his Snapchat account.

  b.  Minor Victim 3 initially stated he did not recall how he initially began communicating with RIOS. Later in the interview, Minor Victim 3 recalled he likely began communicating with RIOS on a mobile dating application. The FIS asked Minor Victim 3

14

about him claiming to be 20 years old after RIOS asked how old he was, then stated he (RIOS) did not care if Minor Victim 3 was "really young." Minor Victim 3 replied, "I guess I just lied about my age."

      c.      During the interview, the FIS showed Minor Victim 3 an image depicting a postpubescent male, nude, sitting on a toilet. The male's penis is visible in the image, but his face is not. As discussed earlier, Minor Victim 3 sent this message to RIOS via Snapchat on March 10, 2024. Minor Victim 3 stated he was in the restroom when he took the picture and that he took it before or after showering. Minor Victim 3 could not recall if he sent the image to RIOS. Minor Victim 3 stated it was RIOS's idea for Minor Victim 3 to send the picture of his penis. Later in the interview, Minor Victim 3 clarified he took the picture of his penis for RIOS and that he did not already have the picture prior to RIOS asking for it.

## CSAM ON RIOS'S PHONE

23.     In June 2025, pursuant to a federal search warrant signed by Judge Susan van Keulen, I searched the data on RIOS's Apple iPhone[3] and located indicia, including images of RIOS's birth certificate, driver's license, Social Security card, Form W-2 from 2023, and bachelor's degree, connecting the phone to RIOS.

24.     The data also shows RIOS's phone contains sexually explicit content depicting children. Many images and videos are close-up views of sexual conduct (e.g., sexual intercourse, masturbation, and erect penises), therefore making it difficult to determine the ages of those featured. Furthermore, in some of the images and videos that feature young, postpubescent males, it is difficult to determine whether the males in question were under 18 years old. However, within the data on the phone, I located the following sexually explicit files that clearly feature children:

---

[3] The search of data on RIOS's phone and other devices is ongoing.

15

a.  A video, approximately four minutes and 49 seconds long, depicting a prepubescent male child, approximately six to eight years old, standing in front of the camera and using his hand to masturbate his bare penis. Approximately three minutes and 45 seconds into the video, the child ejaculates. Shortly after, the child poses as another individual appears to record or photograph the child with a phone. The child has no visible pubic hair or signs of recent shaving. I estimated the child's age from the appearance of his face and his body's stature and size.

b.  A video, approximately 49 seconds long, depicting a prepubescent male child, approximately nine to 11 years old, orally copulating the penis of another prepubescent male child, unknown age. Neither child has visible pubic hair or signs of recent shaving. I estimated the age of the first child from the appearance of the child's face. The other child's face is not visible during the video.

c.  A video, approximately one minute and 23 seconds long, depicting a male child, approximately five to seven years old, orally copulating the bare penis of another male, unknown age. I estimated the child's age from the appearance of his face.

d.  A video, approximately one minute and 10 seconds long, depicting the close-up view of a postpubescent male using his hand to force a child, approximately three to five years old, to orally copulate the postpubescent male's penis by forcing the child's head down. I estimated the child's age from the appearance of the child's face and the size of the child's head relative to the postpubescent male's hand and penis.

e.  A video, approximately three minutes and one second long, depicting two adult males on a video call while one of the adult males forces a prepubescent male child, approximately three to five years old, to orally copulate his penis. I estimated the child's age from the appearance of the child's face.

16

25.     Based on my training and experience, I believe the five videos described in this section depict children engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A). Specifically, the videos depict children engaged in masturbation and oral-genital sexual intercourse.

SUMMARY OF PROBABLE CAUSE

26.     During an interview with RIOS, he consented to HSI searching and taking control of his account on Application A. I subsequently discovered messages on RIOS's Application A account in which RIOS received and distributed child sexual abuse material.

27.     Furthermore, MPD investigators discovered RIOS's Snapchat account on his phone after he consented to a search of the phone. After Snap, Inc. provided investigators with data associated with RIOS's Snapchat account in response to a search warrant, I discovered additional evidence attributing the account to RIOS and evidence of RIOS enticing two children to engage in criminal sexual conduct, in violation of Title 18, United States Code, Section 2422(b).

28.     Specifically, Minor Victim 1 told RIOS he was 16 years old when they first began communicating. Furthermore, early in the Snapchat communications, Minor Victim 1 stated his brother, Minor Victim 2, was 17 years old. After that, RIOS asked Minor Victim 1 if he could "get a pic of [Minor Victim 2's] dick" while Minor Victim 2 slept. Later, RIOS instructed Minor Victim 1 to "rub [Minor Victim 2's] dick," again while Minor Victim 2 slept. RIOS also instructed Minor Victim 1 to record himself "rub up on" Minor Victim 2. Additionally, months later, RIOS told Minor Victim 1, "Jerk for me baby," and in response, Minor Victim 1 sent RIOS a short video of himself masturbating. Minor Victim 1 and Minor Victim 2 were minors at the time of the conversations between RIOS and Minor Victim 1.

29.     Minor Victim 3 told RIOS he was 16 years old early in the Snapchat communications. Subsequently, RIOS messaged Minor Victim 3, "Let's see your dick baby,"

"Show me your dick," "Let's see your dick," and "Jerk for me baby." After RIOS sent the "Jerk for me baby" message, Minor Victim 3 sent RIOS an image depicting Minor Victim 3's penis. RIOS then instructed Minor Victim 3, "Jerk that cock baby," "Stretch it open on video for me," "Jerk your dick on video," and "Send the video of you jerking and spreading your ass." Minor Victim 3 was also a minor at the time of his conversations with RIOS.

30. From my training and experience, I know it is a federal crime to persuade, induce, or entice a child to engage in sexually explicit conduct, or attempt to persuade, induce, or entice a child to engage in sexually explicit conduct, in order to create images, videos, or live transmissions of such conduct. Furthermore, I know it is a federal crime to distribute child sexual abuse material, which includes videos or images of children masturbating.

31. When RIOS instructed Minor Victim 1 to record himself engaging in sexual conduct with Minor Victim 2, RIOS attempted to entice Minor Victim 1 to engage in criminal sexual conduct. When RIOS messaged Minor Victim 1, "Jerk for me baby," which resulted in Minor Victim 1 sending RIOS a video of Minor Victim 1 masturbating, RIOS enticed Minor Victim 1 to engage in criminal sexual conduct. Lastly, when RIOS instructed Minor Victim 3, multiple times, to show his penis and masturbate, RIOS attempted to entice Minor Victim 1 to engage in criminal sexual conduct. Each time RIOS enticed or attempted to entice Minor Victim 1 and Minor Victim 3 to engage in criminal sexual conduct, he violated Title 18, United States Code, Section 2422(b).

32. Lastly, when I reviewed the data on RIOS's phone pursuant to a federal search warrant, I discovered multiple videos depicting the sexual abuse of children, a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and additional evidence of RIOS's intent in his communications with the Minor Victims on Snapchat.

## CONCLUSION

33. Based on my knowledge, training, experience, and the facts set forth in this affidavit, I respectfully submit there is probable cause to believe Samuel RIOS committed the two SUBJECT OFFENSES while in Monterey County, a county within the Northern District of California. Therefore, I request that the court issue an arrest warrant for RIOS.

## REQUEST FOR SEALING

34. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation. While RIOS is aware of the overall investigation, he is unaware the federal government is continuing to investigate him. Furthermore, investigators are continuing to investigate RIOS's potential coconspirators and identify RIOS's additional victims. Accordingly, there is good cause to seal these documents, as their premature disclosure may alert the target of this investigation or otherwise seriously jeopardize the investigation.

I swear the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Davis Mendelsohn w/permission by VKD
DAVIS MENDELSOHN
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this __8__ day of July 2025.

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

19