| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | JOHNNY E. JAMES JR. (SCBN 101260)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 60 South Market Street, Suite 1200<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5081<br>johnny.james@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 5:25-CR-00213-NW |
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME FROM JULY 28, 2025, TO SEPTEMBER 16, 2025, AND |
| v. | ) ) | [PROPOSED] ORDER |
| SAMUEL RIOS, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Samuel Rios, that time be excluded under the Speedy Trial Act from July 28, 2025, through September 16, 2025.

At the arraignment held on July 28, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until September 16, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 28, 2025, through September 16, 2025, from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 5, 2025                                /s/
JOHNNY E. JAMES JR.
Special Assistant United States Attorney

DATED: August 5, 2025                                /s/
ROLAND SOLTESZ
Counsel for Defendant Samuel Rios

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on July 28, 2025, and for good cause shown, the Court finds that failing to exclude the time from July 25, 2025, through September 16, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 25, 2025, to September 16, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 25, 2025, through September 16, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 15, 2025

VIRGINIA K. DEMARCHI
United States Magistrate Judge