CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL RIOS,<br><br>    Defendant. | NO. 25-CR-00213 NW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JUNE 23, 2026, TO JUNE 29, 2026, AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SAMUEL RIOS, that the status conference currently scheduled for June 23, 2026 be continued to June 29, 2026, at 1:30 PM, and that time be excluded under the Speedy Trial Act from June 23, 2026, through June 29, 2026.

At the status hearing held on May 5, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act until June 23, 2026, so that defense counsel could continue to prepare, including by reviewing the discovery that has been produced. In the interim, the court requested to reschedule the status hearing to June 29, 2026, at 1:30 PM.  In light of the new status hearing date, the ongoing review of discovery, and for the reasons stated on the record at the prior status hearing, the parties now stipulate and agree that excluding time until the June 29, 2026 hearing will

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER                    v. 9/18/2025
Case No. 25-CR-00213 NW                                1

allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 23, 2026, through June 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 16, 2026

_____/s/_____
MARISSA HARRIS
Assistant United States Attorney

DATED: June 16, 2026

_____/s/_____
ROLAND SOLTESZ
Counsel for Defendant RIOS

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, the representations made to the Court on May 5, 2026, and for good cause shown, the Court CONTINUES the hearing scheduled for June 23, 2026 until June 29, 2026, at 1:30 PM.  The Court FINDS that failing to exclude the time from June 23, 2026, through June 29, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 23, 2026, to June 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 23, 2026, through June 29, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: June 16, 2026

HON. NOËL WISE
United States District Judge